**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| CHRISTOPHER PAUL KILCULLEN, : | |
| Plaintiff : | |
| v. : | CASE NO. 5:07-CV-141 (HL) |
| Ms. SHELLY TICE, et al, : | |
| Defendants : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Order and Recommendation of the United States Magistrate Judge (Doc. 7) filed June 26, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the plaintiff to the Magistrate Judge's Recommendation within the time allowed.

**SO ORDERED,** this the 27th day of July, 2007.

                                                    **s/ Hugh Lawson**
                                                    **HUGH LAWSON, Judge
United States District Court**