IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHRISTOPHER PAUL KILCULLEN, <br><br> Plaintiff <br><br> VS. <br><br> RICHARD CHATMAN, <br><br> Defendant | NO. 5:07-CV-141 (HL) <br><br><br> **PROCEEDINGS UNDER 42 U.S.C. §1983** <br> **BEFORE THE U. S. MAGISTRATE JUDGE** |

# RECOMMENDATION

On December 4, 2007, defendant RICHARD CHATMAN herein filed a MOTION TO DISMISS the instant suit, citing the plaintiff's failure to prosecute his action. Tab #13. The following day, the undersigned issued an ORDER directing plaintiff CHRISTOPHER PAUL KILCULLEN to respond to the defendant's motion within twenty days of receipt of that order. Tab #15. That time period having elapsed without response, the undersigned finds that the plaintiff has failed to diligently prosecute his case. Therefore, IT IS RECOMMENDED that the defendant's MOTION TO DISMISS be **GRANTED** and the instant action be **DISMISSED** *with prejudice*.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof. The Clerk is directed to forward a copy of this Recommendation to plaintiff at the LAST ADDRESS provided by him.

SO RECOMMENDED this 10th day of JANUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE